# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of )
BOARD OF COMMISSIONERS OF THE PORT OF NEW )
ORLEANS, )
)
          Plaintiff, ) Case Number:
v. )
) Judge: Donald E. Walter
LEXINGTON INSURANCE COMPANY, )
AND FACTORY MUTUAL INSURANCE ) Magistrate Judge: Alma L. Chasez
COMPANY, )
)
          Defendants. )
)

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**Third Party Subpoena Respondent, BUILDING CONSULTING ASSOCIATES, INC.**

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE *[signed]* |
| NAME: Michael F. Braun | NAME: Robert A. Michalak |
| FIRM: Schuyler Roche, P.C. | FIRM: Schuyler Roche, P.C. |
| STREET ADDRESS: 130 East Randolph Street, Suite 3800 | STREET ADDRESS: 130 East Randolph Street, Suite 3800 |
| CITY/STATE/ZIP: Chicago, Illinois 60601 | CITY/STATE/ZIP: Chicago, Illinois 60601 |
| TELEPHONE NUMBER: (312) 565-2400 | TELEPHONE NUMBER: (312) 565-2400 |
| IDENTIFICATION NUMBER: 6180471 | IDENTIFICATION NUMBER: 1902911 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE |
| NAME: Brian M. Hormoz | NAME: |
| FIRM: Schuyler Roche, P.C. | FIRM: |
| STREET ADDRESS: 130 East Randolph Street, Suite 3800 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, Illinois 60601 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 565-2400 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER: 6288254 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☒ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |