## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF<br>THE PORT OF NEW ORLEANS<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE<br>COMPANY, AND FACTORY MUTUAL<br>INSURANCE COMPANY,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 06-8101<br>EASTERN DISTRICT OF LOUISIANA<br><br><br>JUDGE DONALD E. WALTER<br><br><br>MAGISTRATE ALMA L. CHASEZ |

### NOTICE OF FILING

TO: ALL ATTORNEYS OF RECORD
(See attached Service List)

**PLEASE TAKE NOTICE** that on May 1, 2008, we filed with the United States District Court for the Northern District of Illinois, **Building Consulting Associates, Inc.'s Motion to Quash Subpoena Duces Tecum and Memorandum in Support of Motion to Quash Subpoena Duces Tecum**, a copy of which is attached hereto and hereby served upon you with this notice by its counsel.

Respectfully submitted,


  /S/  Brian S. Hormozi
Robert A. Michalak
Illinois State Bar No. 1902911
Michael F. Braun
Illinois State Bar No. 6180471
Brian Hormozi
Illinois State Bar No. 6288254
SCHUYLER ROCHE, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Steet
Chicago, IL 60601
Telephone (312) 565-2400
Facsimile (312) 565-8300
rmichalak@schuylerroche.com
mbraun@schuylerroche.com
bhormozi@schuylerroche.com

and

Charles B. Mitchell, Jr.
Texas State Bar No.:   14207000
Brooke Ulrickson
Texas State Bar No.:  24035988
BROWN, DEAN, WISEMAN, PROCTOR,
HART & HOWELL, L.L.P.
200 Fort Worth Club Building
306 West 7th Street
Fort Worth, Texas 76102-4905
Telephone: (817) 332-1391
Facsimile: (817) 870-2427

### Certificate of Service

I certify that a copy of this Notice of Filing was served on the following counsel of record on the 1st day of May, 2008:

| | |
|---|---|
| Gerald O'Brien Gussoni, Jr.<br>Jeffery M. Lynch<br>Francine Weaker<br>Joseph W. Fritz, Jr.<br>Board of Commissioners of the Port of New Orleans<br>1350 Port of New Orleans Place<br>P.O. Box 60046<br>New Orleans, LA 70160<br>gussonib@portno.com<br>lynchj@portno.com<br>weakerf@portno.com<br>fritzj@portno.com | *Via Electronic Mail & US Mail* |
| William W. Hall<br>William W. Hall & Associates<br>3500 N. Hullen Street<br>Metairie, LA 70002<br>wmwhall@bellsouth.net | *Via Electronic Mail & US Mail* |
| Susan G. Guidry, Of Counsel<br>William W. Hall & Associates<br>963 Wilson Drive<br>New Orleans, LA 70019<br>guidrys@portno.com | *Via Electronic Mail & CMRRR* |
| William F. Merlin, Jr.<br>Merlin Law Group, PA<br>777 S. Harbour Island Blvd.<br>Suite 950<br>Tampa, FL 33602<br>wmerlin@merlinlawgroup.com | *Via Electronic Mail & US Mail* |
| Deborah R. Trotter<br>Merlin Law Group, PA<br>718 Dunbar Ave, Suite 1A<br>Bay St. Louis, MS 39520<br>dtrotter@merlinlawgroup.com | *Via Electronic Mail & US Mail* |

<div style="display: flex; justify-content: space-between;">

Jerry Gette
R. Tate Gorman
Shannon M. O'Malley
Zelle, Hofmann, Voelbel, Mason & Gette, L.L.P.
1201 Main Street, Suite 3000
Dallas, Texas 75202
tgorman@zelle.com
jgette@zelle.com
somalley@zelle.com

*Via Electronic Mail & US Mail*

</div>

                     /S/  Brian S. Hormozi
                    Brian S. Hormozi