# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS | § § § | CASE NO. 08CV2505RCC JUDGE JOHN W. DARRAH MAGISTRATE MICHAEL T. MASON |
| Plaintiff, | § § | RELATED TO |
| v. | § § | CIVIL ACTION NO. 06-8101 |
| LEXINGTON INSURANCE COMPANY, AND FACTORY MUTUAL INSURANCE COMPANY, | § § § § | EASTERN DISTRICT OF LOUISIANA JUDGE DONALD E. WALTER MAGISTRATE ALMA L. CHASEZ |
| Defendants. | § | |

## NOTICE OF MOTION

TO:    ALL ATTORNEYS OF RECORD
       (See attached Service List)

Please take notice that on May 13, 2008, at 9:00 a.m., we shall appear before the Honorable John W. Darrah, or any judge sitting in as a substitute, in the courtroom usually occupied by said Judge, Room 1203, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and shall then and there present the Building Consulting Associates, Inc.'s Motion to Quash Subpoena *Duces Tecum*, a copy of which has been electronically filed and will be sent to counsel by the means set forth in the attached Certificate of Service.

Respectfully submitted,


___/S/  Brian S. Hormozi___
Robert A. Michalak
Illinois State Bar No. 1902911
Michael F. Braun
Illinois State Bar No. 6180471
Brian Hormozi
Illinois State Bar No. 6288254
SCHUYLER ROCHE, P.C.
One Prudential Plaza, Suite 3800
130 East Randolph Steet
Chicago, IL 60601
Telephone (312) 565-2400
Facsimile (312) 565-8300
rmichalak@schuylerroche.com
mbraun@schuylerroche.com
bhormozi@schuylerroche.com

and

Charles B. Mitchell, Jr.
Texas State Bar No.:   14207000
Brooke Ulrickson
Texas State Bar No.:  24035988
BROWN, DEAN, WISEMAN, PROCTOR,
HART & HOWELL, L.L.P.
200 Fort Worth Club Building
306 West 7th Street
Fort Worth, Texas 76102-4905
Telephone:     (817) 332-1391
Facsimile:     (817) 870-2427

## Certificate of Service

I certify that a copy of Building Consulting Associates Inc.'s Notice of Motion was served on the following counsel of record on the 5th day of May, 2008:

<table>
<tr><td>

Gerald O'Brien Gussoni, Jr.<br>
Jeffery M. Lynch<br>
Francine Weaker<br>
Joseph W. Fritz, Jr.<br>
Board of Commissioners of the Port of New Orleans<br>
1350 Port of New Orleans Place<br>
P.O. Box 60046<br>
New Orleans, LA 70160<br>
gussonib@portno.com<br>
lynchj@portno.com<br>
weakerf@portno.com<br>
fritzj@portno.com

</td><td>

*Via Electronic Mail & US Mail*

</td></tr>
<tr><td>

William W. Hall<br>
William W. Hall & Associates<br>
3500 N. Hullen Street<br>
Metairie, LA 70002<br>
wmwhall@bellsouth.net

</td><td>

*Via Electronic Mail & US Mail*

</td></tr>
<tr><td>

Susan G. Guidry, Of Counsel<br>
William W. Hall & Associates<br>
963 Wilson Drive<br>
New Orleans, LA 70019<br>
guidrys@portno.com

</td><td>

*Via Electronic Mail & CMRRR*

</td></tr>
<tr><td>

William F. Merlin, Jr.<br>
Merlin Law Group, PA<br>
777 S. Harbour Island Blvd.<br>
Suite 950<br>
Tampa, FL 33602<br>
wmerlin@merlinlawgroup.com

</td><td>

*Via Electronic Mail & US Mail*

</td></tr>
<tr><td>

Deborah R. Trotter<br>
Merlin Law Group, PA<br>
718 Dunbar Ave, Suite 1A<br>
Bay St. Louis, MS 39520<br>
dtrotter@merlinlawgroup.com

</td><td>

*Via Electronic Mail & US Mail*

</td></tr>
</table>

Jerry Gette                                                  *Via Electronic Mail & US Mail*
R. Tate Gorman
Shannon M. O'Malley
Zelle, Hofmann, Voelbel, Mason & Gette, L.L.P.
1201 Main Street, Suite 3000
Dallas, Texas 75202
tgorman@zelle.com
jgette@zelle.com
somalley@zelle.com


     /S/     Brian S. Hormozi
Brian S. Hormozi