## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number: 08 C 2505

BOARD OF COMMISSIONERS OF THE PORT OF
NEW ORLEANS,

                         Plaintiff,

    v.

LEXINGTON INSURANCE COMPANY AND FACTORY
MUTUAL INSURANCE COMPANY,

                     Defendants.

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BUILDING CONSULTING ASSOCIATES, INC.

| | |
|---|---|
| **NAME (Type or print)**<br><br>MICHAEL F. BRAUN | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br><br>s/ Michael F. Braun | |
| **FIRM**<br><br>SCHUYLER ROCHE, P.C. | |
| **STREET ADDRESS**<br><br>ONE PRUDENTIAL PLAZA, 130 E. RANDOLPH ST., SUITE 3800 | |
| **CITY/STATE/ZIP**<br><br>CHICAGO, IL 60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6180471 | TELEPHONE NUMBER<br><br>(312) 565-2400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [X] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]      APPOINTED COUNSEL [ ]