## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: ₀08 C 2505

BOARD OF COMMISSIONERS OF THE PORT OF
NEW ORLEANS,
                              Plaintiff,
    v.
LEXINGTON INSURANCE COMPANY AND FACTORY
MUTUAL INSURANCE COMPANY,
                              Defendants.

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BUILDING CONSULTING ASSOCIATES, INC.

| |
|---|
| NAME (Type or print)<br><br>  BRIAN M. HORMOZI |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>      s/Brian M. Hormozi |
| FIRM<br><br>  SCHUYLER ROCHE, P.C. |
| STREET ADDRESS<br><br>  ONE PRUDENTIAL PLAZA, 130 E. RANDOLPH ST., SUITE 3800 |
| CITY/STATE/ZIP<br><br>  CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>  6288254 | TELEPHONE NUMBER<br><br>  (312) 565-2400 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |