IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, | § § § § | CASE NO: 08CV2505RCC JUDGE JOHN W. DARRAH MAGISTRATE MICHAEL T. MASON |
| Plaintiff, | § § | RELATED TO |
| v. | § § | CIVIL ACTION NO. 06-8101 |
| LEXINGTON INSURANCE COMPANY, AND FACTORY MUTUAL INSURANCE COMPANY | § § § § | EASTERN DISTRICT OF LOUISIANA JUDGE DONALD E. WALTER MAGISTRATE ALMA L. CHASEZ |
| Defendants | § | |

**BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS' MOTION TO STAY PROCEEDINGS AND REMIT DECISION ON BUILDING CONSULTING ASSOCIATES, INC.'S MOTION TO QUASH A SUBPOENA DUCES TECUM**

The Board of Commissioners of the Port of New Orleans, Plaintiff in the underlying action, Civil Action No. 06-8101, pending in the United States District Court for the Eastern District of Louisiana (hereinafter the "Port"), through undersigned counsel, hereby moves the Court to stay proceedings and remit decision on Building Consulting Associates, Inc.'s (hereinafter "BCA") Motion to Quash a Subpoena *Duces Tecum.*

The subpoena requesting production of specified documents relating to the Port's property damaged by Hurricane Katrina was issued to and served on BCA on April 18, 2008, and requested that production be made by May 19, 2008. In addition to filing its Motion to Quash a Subpoena *Duces Tecum* with this court, BCA has filed a Motion for Protective Order in the United States District Court for the Eastern District of Louisiana, where the underlying action is pending. Thus, the Port requests that this Court stay its decision on BCA's Motion to Quash a

Subpoena *Duces Tecum* pending resolution of the parallel discovery issues by the United States District Court for the Eastern District of Louisiana.

**WHEREFORE**, the Port respectfully requests that this Court enter an Order to stay proceedings and remit its decision on BCA's Motion to Quash a Subpoena *Duces Tecum*. A Memorandum and a Proposed Order authorizing a stay of proceedings and remission of decision on BCA's Motion to Quash a Subpoena *Duces Tecum*, in lieu of a Notice of Hearing, are provided.

> Respectfully submitted,
>
> __/s/ Mark D. DeBofsky_____
> Mark D. DeBofsky (IL Bar #03127892)
> Daley, DeBofsky & Bryant
> 55 West Monroe Street, Suite 2440
> Chicago, IL  60603
> Telephone: 312-372-5200
> Facsimile: 312-372-2778
> Fax: 312-372-2778
> mdebofsky@DDBchicago.com
>
> and
>
> William W. Hall, (LA Bar #6449)
> WILLIAM W. HALL & ASSOCIATES
> 3500 N. Hullen Street
> Metairie, LA 70002
> Office:  504-388-9056
> Cell:  504-388-9056
> wmwhall@bellsouth.net
>
> Susan G. Guidry (LA Bar #17679)
> Of Counsel
> WILLIAM W. HALL & ASSOCIATES
> Post Office Box 60046
> 1350 Port of New Orleans Place
> New Orleans, Louisiana  70160
> Telephone: (504) 528-3232
> guidrys@portno.com

sgguidry@cox.net

William F. Merlin, Jr. (FL Bar #364721)
MERLIN LAW GROUP, P.A.
777 S. Harbour Island Blvd.
Suite 950
Tampa, Florida 33602
Office: 813-229-1000
Fax: 813-229-3692
wmerlin@merlinlawgroup.com

Deborah R. Trotter (LA Bar# 29459)
MERLIN LAW GROUP, P.A.
718 Dunbar Ave., Suite 1A
Bay St. Louis, MS 39520
Telephone (228) 469-9040
Fax (228) 469-9039
Email dtrotter@merlinlawgroup.com

Brien O. Gussoni, Jr. (LA Bar #1392)
Francine Weaker (LA Bar #18520)
Jeffrey M. Lynch (LA Bar #18313)
Joseph W. Fritz, Jr. (LA Bar # 5755)
BOARD OF COMMISSIONERS OF PORT
OF NEW ORLEANS
1350 Port of New Orleans
New Orleans, LA 70130
P.O. Box 60046
New Orleans, LA 70160
gussonib@portno.com
weakerf@portno.com
lynchj@portno.com
fritzj@portno.com
504-528-3228
504-528-3209 fax

**ATTORNEYS FOR PLAINTIFFS,
Board of Commissioners of the Port of
New Orleans**

3

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9th day of May, 2008, served a copy of the foregoing pleading on all counsel for all parties by electronic mail, including:

Michael F. Braun                                        Via Electronic Mail
Brian S. Hormozi
Robert A. Michalak
Schuyler Roche, P.C.
130 E. Randolph, Suite 3800
Chicago, IL 60601
mbraun@schuylerroche.com
bhormozi@schuylerroche.com
rmichalak@schuylerroche.com

Charles B. Mitchell, Jr.
Brooke Ulrickson
Brown, Dean, Wiseman et al.
200 Fort Worth Club Building
306 West 7th Street
Fort Worth, TX 76102-4905
cmitchell@browndean.com
bau@browndean.com

H. Jerome Gette                                         Via Electronic Mail
R. Tate Gorman
Thomas H. Cook, Jr.
Shannon M. O'Malley
James W. Holbrook, III
Zelle, Hofmann, Voelbel,
   Mason & Gette, L.L.P.
1201 Main Street, Suite 3000
Dallas, TX  75202
jgette@zelle.com
tgorman@zelle.com
tcook@zelle.com
somalley@zelle.com
jholbrook@zelle.com

Joseph P. Guichet                                       Via Electronic Mail
Ralph S. Hubbard
Rachel Ann Meese
Lugenbuhl, Wheaton, Peck Rankin &  Hubbard

jguichet@lawla.com
rhubbard@lawla.com
rmeese@lawla.com

                                      __/s/ Mark D. DeBofsky_____
                                      Mark D. DeBofsky (IL Bar # 03127892)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF <br> THE PORT OF NEW ORLEANS, <br><br> Plaintiff, <br><br> v. <br><br> LEXINGTON INSURANCE <br> COMPANY, AND FACTORY <br> MUTUAL INSURANCE COMPANY <br><br> Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO: 08CV2505RCC <br> JUDGE JOHN W. DARRAH <br> MAGISTRATE MICHAEL T. MASON <br><br> RELATED TO <br><br> CIVIL ACTION NO. 06-8101 <br> EASTERN DISTRICT OF LOUISIANA <br> JUDGE DONALD E. WALTER <br> MAGISTRATE ALMA L. CHASEZ |

## ORDER

IT IS ORDERED that the Motion of the Board of Commissioners of The Port of New Orleans requesting a stay of proceedings and a remission of ruling on Building Consulting Associates, Inc.'s Motion to Quash a subpoena *Duces Tecum* pending decision by the United States District Court for the Eastern District of Louisiana on Building Consulting Associates, Inc.'s Motion for Protective Order is HEREBY GRANTED.

Chicago, Illinois, this _____ day of May, 2008.

_____
JUDGE