IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, | § § § § § § § § § § § § § | CASE NO: 08CV2505RCC JUDGE JOHN W. DARRAH MAGISTRATE MICHAEL T. MASON |
| Plaintiff, | | RELATED TO |
| v. | | CIVIL ACTION NO. 06-8101 |
| LEXINGTON INSURANCE COMPANY, AND FACTORY MUTUAL INSURANCE COMPANY | | EASTERN DISTRICT OF LOUISIANA JUDGE DONALD E. WALTER MAGISTRATE ALMA L. CHASEZ |
| Defendants | | |

**BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS' MOTION FOR EXPEDITED HEARING ON ITS MOTION TO STAY PROCEEDINGS AND REMIT RULING ON BUILDING CONSULTING ASSOCIATES, INC.'S MOTION TO QUASH A SUBPOENA DUCES TECUM**

The Board of Commissioners of the Port of New Orleans, Plaintiff in the underlying action, Civil Action No. 06-8101, pending in the United States District Court for the Eastern District of Louisiana, respectfully submits this Motion for Expedited Hearing on its Motion to Stay Proceedings and Remit Ruling on Building Consulting Associates, Inc.'s Motion to Quash a Subpoena *Duces Tecum.*   A Memorandum in Support and a Proposed Order authorizing an expedited hearing, in lieu of Notice of Hearing, are provided.

Respectfully Submitted,

__/s/ Mark D. DeBofsky_____
Mark D. DeBofsky (IL Bar #03127892)
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, IL  60603
Telephone: 312-372-5200

1

Facsimile: 312-372-2778
Fax: 312-372-2778
mdebofsky@DDBchicago.com

and

William W. Hall, LA Bar #6449
William W. Hall & Associates
3500 N. Hullen Street
Metairie, LA 70002
Office:  504-388-9056
Cell:  504-388-9056
wmwhall@bellsouth.net

Susan G. Guidry (#17679)
Of Counsel
William W. Hall & Associates
Post Office Box 60046
1350 Port of New Orleans Place
New Orleans, Louisiana  70160
Telephone: (504) 528-3232
guidrys@portno.com
sgguidry@cox.net

William F. Merlin, Jr. (FL Bar No. 364721)
Merlin Law Group, P.A.
777 S. Harbour Island Blvd.
Suite 950
Tampa, Florida 33602
Office: 813-229-1000
Fax: 813-229-3692
wmerlin@merlinlawgroup.com

2

Deborah R. Trotter (LA Bar# 29459)
Merlin Law Group, P.A.
718 Dunbar Ave., Suite 1A
Bay St. Louis, MS 39520
Telephone (228) 469-9040
Fax (228) 469-9039
Email dtrotter@merlinlawgroup.com

Brien O. Gussoni, Jr. (#1392)
Francine Weaker (#18520)
Jeffrey M. Lynch (#18313)
Joseph W. Fritz, Jr. (# 5755)
Board of Commissioners of Port of New Orleans
1350 Port of New Orleans
New Orleans, LA 70130
P.O. Box 60046
New Orleans, LA 70160
gussonib@portno.com
weakerf@portno.com
lynchj@portno.com
fritzj@portno.com
504-528-3228
504-528-3209 fax

**ATTORNEYS FOR PLAINTIFFS,
Board of Commissioners of the Port of
New Orleans**

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that I have on this 9th day of May, 2008, served a copy of the foregoing

pleading on all counsel for all parties by electronic mail, including:

Michael F. Braun                                            Via Electronic Mail
Brian S. Hormozi
Robert A. Michalak
Schuyler Roche, P.C.
130 E. Randolph, Suite 3800
Chicago, IL 60601
mbraun@schuylerroche.com
bhormozi@schuylerroche.com
rmichalak@schuylerroche.com

Charles B. Mitchell, Jr.
Brooke Ulrickson
Brown, Dean, Wiseman et al.
200 Fort Worth Club Building
306 West 7th Street
Fort Worth, TX 76102-4905
cmitchell@browndean.com
bau@browndean.com

H. Jerome Gette                                          Via Electronic Mail
R. Tate Gorman
Thomas H. Cook, Jr.
Shannon M. O'Malley
James W. Holbrook, III
Zelle, Hofmann, Voelbel,
   Mason & Gette, L.L.P.
1201 Main Street, Suite 3000
Dallas, TX  75202
jgette@zelle.com
tgorman@zelle.com
tcook@zelle.com
somalley@zelle.com
jholbrook@zelle.com

Joseph P. Guichet                                        Via Electronic Mail
Ralph S. Hubbard
Rachel Ann Meese
Lugenbuhl, Wheaton, Peck Rankin &
  Hubbard
jguichet@lawla.com
rhubbard@lawla.com
rmeese@lawla.com


                                        __/s/ Mark D. DeBofsky_____
                                        Mark D. DeBofsky (IL Bar # 03127892)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF | § | CASE NO: 08CV2505RCC |
| THE PORT OF NEW ORLEANS, | § | JUDGE JOHN W. DARRAH |
| | § | MAGISTRATE MICHAEL T. MASON |
| Plaintiff, | § | |
| | § | RELATED TO |
| v. | § | |
| | § | CIVIL ACTION NO. 06-8101 |
| LEXINGTON INSURANCE | § | EASTERN DISTRICT OF LOUISIANA |
| COMPANY, AND FACTORY | § | JUDGE DONALD E. WALTER |
| MUTUAL INSURANCE COMPANY | § | MAGISTRATE ALMA L. CHASEZ |
| | § | |
| Defendants | § | |

## <u>ORDER</u>

The Motion of the Board of Commissioners of the Port of New Orleans for Expedited

Hearing on its Motion to Stay and Remit Ruling on Building Consulting Associates, Inc.'s

Motion to Quash a Subpoena *Duces Tecum* is HEREBY GRANTED and that Hearing shall be

held on the _____th day of May , 2008, at _____ o'clock.

Done this __ day of May, 2008 in Chicago, Illinois.


                                                _____
                                                          JUDGE