IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, | § § § § § § § § § § § § § | CASE NO: 08CV2505RCC JUDGE JOHN W. DARRAH MAGISTRATE MICHAEL T. MASON |
| Plaintiff, | | |
| | | RELATED TO |
| v. | | |
| | | CIVIL ACTION NO. 06-8101 |
| LEXINGTON INSURANCE COMPANY, AND FACTORY MUTUAL INSURANCE COMPANY | | EASTERN DISTRICT OF LOUISIANA JUDGE DONALD E. WALTER MAGISTRATE ALMA L. CHASEZ |
| Defendants | | |

## NOTICE OF MOTION

TO:   ALL ATTORNEYS OF RECORD
       (See attached Service List)

PLEASE TAKE NOTICE that on May 14, 2008, at 9 o'clock a.m., we shall appear before the Honorable John W. Darrah, or any judge sitting in as a substitute, in the courtroom usually occupied by said Judge, Room 1203, in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and shall then and there present Board of Commissioners of Port of New Orleans' Motion for Expedited Hearing on its Motion to Stay Proceedings and Remit Ruling on Building Consulting Associates, Inc.'s Motion to Quash a Subpoena Duces Tecum, a copy of which has been electronically filed and will be sent to counsel by the means set forth in the attached Certificate of Service.

Respectfully Submitted,

  **/s/** Mark D. DeBofsky_____
Mark D. DeBofsky (IL Bar # # 03127892)
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, IL  60603
Telephone: 312-372-5200
Facsimile: 312-372-2778
Fax: 312-372-2778
mdebofsky@DDBchicago.com

and

William W. Hall, LA Bar #6449
William W. Hall & Associates
3500 N. Hullen Street
Metairie, LA 70002
Office:  504-388-9056
Cell:  504-388-9056
wmwhall@bellsouth.net

Susan G. Guidry (#17679)
Of Counsel
William W. Hall & Associates
Post Office Box 60046
1350 Port of New Orleans Place
New Orleans, Louisiana  70160
Telephone: (504) 528-3232
guidrys@portno.com
sgguidry@cox.net

William F. Merlin, Jr. (FL Bar No. 364721)
Merlin Law Group, P.A.
777 S. Harbour Island Blvd.
Suite 950
Tampa, Florida 33602
Office: 813-229-1000
Fax: 813-229-3692
wmerlin@merlinlawgroup.com

Deborah R. Trotter (LA Bar# 29459)
Merlin Law Group, P.A.
718 Dunbar Ave., Suite 1A
Bay St. Louis, MS 39520
Telephone (228) 469-9040
Fax (228) 469-9039
Email dtrotter@merlinlawgroup.com

Brien O. Gussoni, Jr. (#1392)
Francine Weaker (#18520)
Jeffrey M. Lynch (#18313)
Joseph W. Fritz, Jr. (# 5755)
Board of Commissioners of Port of New Orleans
1350 Port of New Orleans
New Orleans, LA 70130
P.O. Box 60046
New Orleans, LA 70160
gussonib@portno.com
weakerf@portno.com
lynchj@portno.com
fritzj@portno.com
504-528-3228
504-528-3209 fax

**ATTORNEYS FOR PLAINTIFFS,**
**Board of Commissioners of the Port of New Orleans**

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 9th day of May, 2008, served a copy of the foregoing pleading on all counsel for all parties by electronic mail, including:

Michael F. Braun                                                          Via Electronic Mail
Brian S. Hormozi
Robert A. Michalak
Schuyler Roche, P.C.
130 E. Randolph, Suite 3800
Chicago, IL 60601
mbraun@schuylerroche.com
bhormozi@schuylerroche.com
rmichalak@schuylerroche.com

Charles B. Mitchell, Jr.
Brooke Ulrickson
Brown, Dean, Wiseman et al.
200 Fort Worth Club Building
306 West 7th Street
Fort Worth, TX 76102-4905
cmitchell@browndean.com
bau@browndean.com

H. Jerome Gette                                                           Via Electronic Mail
R. Tate Gorman
Thomas H. Cook, Jr.
Shannon M. O'Malley
James W. Holbrook, III
Zelle, Hofmann, Voelbel,
   Mason & Gette, L.L.P.
1201 Main Street, Suite 3000
Dallas, TX  75202
jgette@zelle.com
tgorman@zelle.com
tcook@zelle.com
somalley@zelle.com
jholbrook@zelle.com

Joseph P. Guichet                                                         Via Electronic Mail
Ralph S. Hubbard
Rachel Ann Meese
Lugenbuhl, Wheaton, Peck Rankin &
  Hubbard

4

jguichet@lawla.com
rhubbard@lawla.com
rmeese@lawla.com

          __/**s/** Mark D. DeBofsky_____
          Mark D. DeBofsky (IL Bar # # 03127892)

5