IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BOARD OF COMMISSIONERS OF** § | **CASE NO: 08CV2505RCC** |
| **THE PORT OF NEW ORLEANS** § | **JUDGE JOHN W. DARRAH** |
| § | **MAGISTRATE MICHAEL T. MASON** |
| **Plaintiff,** § | |
| § | **RELATED TO:** |
| § | **CIVIL ACTION NO. 06-8101** |
| **LEXINGTON INSURANCE** § | **EASTERN DISTRICT OF LOUISIANA** |
| **COMPANY, AND FACTORY** § | **JUDGE DONALD E. WALTER** |
| **MUTUAL INSURANCE COMPANY** § | **MAGISTRATE ALMA L. CHASEZ** |
| § | |
| **Defendant.** § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendant file this Stipulation of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff is Building Consulting Associates, Inc.; Defendant is Board of Commissions of the Port of New Orleans.

2. On May 1, 2008, Plaintiff filed the ancillary/miscellaneous action against Defendant.

3. Plaintiff moves to dismiss the suit without prejudice.

4. Defendant, who has answered, agrees to the dismissal without prejudice.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a Court order for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is without prejudice to refiling.

10. Further agreed and stipulated that Building Consulting Associates, Inc. is not required to comply with the Subpoena issued and served on behalf of the Board of Commissioners of the Port of New Orleans until further order of a Court or by agreement of the parties.

    Respectfully submitted,

      /S/ Brian S. Hormozi
    Michael F. Braun
    Illinois State Bar No. 6180471
    Robert A. Michalak
    Illinois State Bar No. 1902911
    Brian S. Hormozi
    Illinois State Bar No. 6288254
    SCHUYLER ROCHE, P.C.
    One Prudential Plaza, Suite 3800
    130 East Randolph Steet
    Chicago, IL 60601
    Telephone (312) 565-2400
    Facsimile (312) 565-8300
    mbraun@schuylerroche.com
    rmichalak@schuylerroche.com
    bhormozi@schuylerroche.com

    Charles B. Mitchell, Jr. (TX #14207000)
    Brooke Ulrickson (TX #24035988)
    Brown, Dean, Wiseman et al.
    200 Fort Worth Club Building
    306 West 7th Street
    Fort Worth, TX 76102-4905
    cmitchell@browndean.com
    bau@browndean.com

**Attorneys for Plaintiff,
Building Consulting Associates, Inc.**


  /S/ Mark D. DeBofsky
Mark D. DeBofsky (IL Bar #03127892)
Daley, DeBofsky & Bryant
55 West Monroe Street, Suite 2440
Chicago, IL 60603
(312) 372.5200
(312) 372.2778 – Facsimilie
mdebofsky@DDBchicago.com

and

William W. Hall, LA Bar #6449
William W. Hall & Associates
3500 N. Hullen Street
Metairie, LA 70002
Office:  504-388-9056
Cell:  504-388-9056
wmwhall@bellsouth.net

Susan G. Guidry (#17679)
 Of Counsel
William W. Hall & Associates
Post Office Box 60046
1350 Port of New Orleans Place
New Orleans, Louisiana  70160
Telephone: (504) 528-3232
guidrys@portno.com
sgguidry@cox.net

William F. Merlin, Jr. (FL Bar No. 364721)
Merlin Law Group, P.A.
777 S. Harbour Island Blvd.
Suite 950
Tampa, Florida 33602
Office: 813-229-1000
Fax: 813-229-3692
wmerlin@merlinlawgroup.com


Deborah R. Trotter (LA Bar# 29459)

Merlin Law Group, P.A.
718 Dunbar Ave., Suite 1A
Bay St. Louis, MS 39520
Telephone (228) 469-9040
Fax (228) 469-9039
Email dtrotter@merlinlawgroup.com

Brien O. Gussoni, Jr. (#1392)
Francine Weaker (#18520)
Jeffrey M. Lynch (#18313)
Joseph W. Fritz, Jr. (# 5755)
Board of Commissioners of Port of New Orleans
1350 Port of New Orleans
New Orleans, LA 70130
P.O. Box 60046
New Orleans, LA 70160
gussonib@portno.com
weakerf@portno.com
lynchj@portno.com
fritzj@portno.com
504-528-3228
504-528-3209 fax

**Attorneys for the Board of Commissioners of the Port of New Orleans**

---