Case 1:08-cv-02505   Document 19   Filed 05/12/2008   Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2505 | **DATE** | 5/12/2008 |
| **CASE TITLE** | Board of Commissioners of the Port of New Orleans vs. Lexington Insurance Company, et. al. | | |

**DOCKET ENTRY TEXT**

Plaintiff having filed a stipulation of dismissal without prejudice, this case is hereby closed. Any pending dates or motions are moot. Enter Order on Stipulation of Dismissal without prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|



08C2505 Board of Commissioners of the Port of New Orleans vs. Lexington Insurance Company, et. al.    Page 1 of 1