

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS<br><br>Plaintiff,<br><br>LEXINGTON INSURANCE COMPANY, AND FACTORY MUTUAL INSURANCE COMPANY<br><br>Defendant. | § CASE NO: 08CV2505RCC<br>§ JUDGE JOHN W. DARRAH<br>§ MAGISTRATE MICHAEL T. MASON<br>§<br>§ RELATED TO:<br>§ CIVIL ACTION NO. 06-8101<br>§ EASTERN DISTRICT OF LOUISIANA<br>§ JUDGE DONALD E. WALTER<br>§ MAGISTRATE ALMA L. CHASEZ<br>§<br>§ |

### ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE

On May 12, 2008, Plaintiff and Defendant filed a Stipulation of Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).

After reviewing the Stipulation filed by the parties, the Court hereby GRANTS the Dismissal of Building Consulting Associates, Inc.'s miscellaneous action filed on May 1, 2008, against the Board of Commissioners of the Port of New Orleans, Cause No. 08CV2505RCC. This dismissal is without prejudice.

Entered on this 12th day of May, 2008.

*John W. Darrah*
JOHN W. DARRAH
DISTRICT JUDGE